UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

                            :        MAGISTRATE NO. 11-3772 - 01

v.

                            :        ORDER

RINEY MOLINA

                            :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___27___ day of ___October___ , 2011,

ORDERED that _____David Holman_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
MARK FALK
United States Magistrate Judge